IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  06-cv-00228-REB-BNB

PLATT T. HUBBELL and
KELLEY S. HUBBELL,

Plaintiffs,

v.

THANE R. LINCICOME,

Defendant.
_____

**ORDER**
_____

This matter is before me on the **Defendant's Motion to Vacate the Planning/Scheduling Conference** [Doc. # 11, filed 3/13/06] (the "Motion").  Good cause having been shown:

IT IS ORDERED that the scheduling conference set for April 19, 2006, at 9:00 a.m., is VACATED.

IT IS FURTHER ORDERED that the parties shall file a status report on **April 24, 2006**, addressing the outcome of the hearing on the motion to consolidate this case with Case No. 05-cv-00026-EWN-PAC, and describing what further proceedings, if any, should be scheduled here.

Dated March 14, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge