IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  06-cv-00228-REB-BNB

PLATT T. HUBBELL and
KELLEY S. HUBBELL,

Plaintiffs,

v.

THANE R. LINCICOME,

Defendant.
_____

**ORDER**
_____

The parties appeared this morning for a scheduling conference.  Both sides believe that a stay of this case is appropriate pending the determination of *Thane R. Lincicome's Motion to Dismiss Third Party Complaint* [Doc. # 43, filed 9/26/05] in the related case of Alpine Bank v. Hubbell, 05-cv-00026-EWN-PAC.  The issues raised in this case with respect to defendant Lincicome are identical to the issues against him in Case 05-cv-00026-EWN-PAC.  Good cause having been shown:

IT IS ORDERED that the entry of a scheduling order and the conduct of discovery in this action are STAYED until **July 31, 2006**.

IT IS FURTHER ORDERED that the parties shall file a status report on or before **July 31, 2006**, addressing the status of Case No. 05-cv-00026-EWN-PAC and describing what further procedures, if any, should be scheduled here.

Dated May 3, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge