IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  06-cv-00228-REB-BNB

PLATT T. HUBBELL and
KELLEY S. HUBBELL,

Plaintiffs,

v.

THANE R. LINCICOME,

Defendant.
_____

**ORDER**
_____

This matter arises in connection with the parties' **Joint Status Report** [Doc. # 26, filed 7/31/2006].  The case previously was stayed until July 31, 2006, pending the determination of *Thane R. Lincicome's Motion to Dismiss Third Party Complaint* [Doc. # 43, filed 9/26/05] in the related case of Alpine Bank v. Hubbell, 05-cv-00026-EWN-PAC.  The issues raised in this case with respect to defendant Lincicome are identical to the issues against him in Case 05-cv-00026-EWN-PAC. The parties report that the motion to dismiss in the related case has not yet been decided, and they request that all proceedings in this case remain stayed pending a ruling there. Good cause having been shown:

IT IS ORDERED that this action is STAYED until **October 31, 2006**.

IT IS FURTHER ORDERED that the parties shall file a status report on or before **October 31, 2006**, addressing the status of Case No. 05-cv-00026-EWN-PAC and describing what further proceedings, if any, should be scheduled here.

Dated August 1, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge