IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  06-cv-00228-REB-BNB

PLATT T. HUBBELL and
KELLEY S. HUBBELL,

Plaintiffs,

v.

THANE R. LINCICOME,

Defendant.

---

### ORDER

---

This matter arises in connection with the parties' **Joint Status Report** [Doc. # 28, filed

8/18/2006].  The case previously was stayed until October 31, 2006, pending the determination of

*Thane R. Lincicome's Motion to Dismiss Third Party Complaint* [Doc. # 43, filed 9/26/05] in the

related case of Alpine Bank v. Hubbell, 05-cv-00026-EWN-PAC.  The issues raised in this case

with respect to defendant Lincicome are identical to the issues against him in Case 05-cv-00026-

EWN-PAC. Subsequently, Judge Nottingham entered an order in the related case dismissing the

Hubbells' claims against Lincicome for failure to obtain a certificate of review.  In view of Judge

Nottingham's order and a pending motion to dismiss filed by the defendant in this case

IT IS ORDERED that scheduling, disclosures, and discovery in this case are STAYED

pending a ruling by the district judge on *Thane R. Licicome's Motion to Dismiss Complaint* [Doc.

# 9, filed 3/8/2006] (the "*Motion to Dismiss*").

IT IS FURTHER ORDERED that the parties shall file a status report on or before

**October 1, 2006**, and monthly thereafter informing me of the status of this case, and shall file a

status report within ten days of any ruling by the district judge on the *Motion to Dismiss*

addressing what further proceedings, if any, should be scheduled here.

      Dated August 30, 2006.

                  BY THE COURT:

                   s/ Boyd N. Boland
                  United States Magistrate Judge