IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No.  06-cv-00228-REB-BNB | Date: December 1, 2006 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

PLATT T. HUBBELL,
and KELLEY S. HUBBELL,

        Plaintiffs,

v.

THANE R. LINCICOME,
P.E.

        Defendant.

Aaron Foy

Christopher Bryan

### COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:   8:30 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** **Motion for leave to file defendant Linicome's designation of non-parties at fault (10/30/06 #41) is GRANTED as stated on the record. Defendant to file designation of non-parties at fault on or before December 8, 2006.**

**ORDERED:** **A Scheduling Conference is set for December 12, 2006 at 4:00 p.m. Proposed scheduling order to be submitted on or before December 8, 2006.**

Court in Recess   8:56 a.m.   Hearing concluded.

Total time in court:   00:26