IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00228-REB-BNB

PLATT T. HUBBELL and
KELLEY S. HUBBELL,

Plaintiffs,

v.

THANE R. LINCICOME,

Defendant.
_____

**ORDER**
_____

This matter is before me on the defendant's **Motion for Leave to File Defendant Lincicome's Designation of Non-Parties at Fault** [Doc. # 41, filed 10/30/2006] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED. The defendant shall file his designation of non-parties at fault on or before **December 8, 2006**.

IT IS FURTHER ORDERED that any stay of the case is lifted, and a scheduling conference is set for **December 12, 2006, at 4:00 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall prepare a proposed scheduling order and submit it to the court on or before **December 8, 2006**.

Dated December 1, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge