IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00228-REB-BNB

PLATT T. HUBBELL, and
KELLEY S. HUBBELL,

Plaintiffs,

v.

THANE R. LINCICOME,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Stipulated Motion to Modify the December 12, 2006 Scheduling Order** [docket no. 88, filed June 26, 2007] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and discovery cut-off is extended to and including **August 15, 2007**, and the dispositive motion deadline is extended to and including **August 30, 2007**.

DATED:  June 27, 2007