**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00228-REB-BNB

PLATT T. HUBBELL, and
KELLEY S. HUBBELL,

    Plaintiffs,

v.

THANE R. LINCICOME, P.E.,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the **Stipulation For Dismissal Without Prejudice** [#96], filed September 12, 2007. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal Without Prejudice** [#96], filed September 12, 2007, is **APPROVED**;

2. That the Trial Preparation Conference set for October 5, 2007, is **VACATED**;

3. That the jury trial set to commence on October 22, 2007, is **VACATED**;

4. That any pending motion is **DENIED** as moot; and

5.  That this action is **DISMISSED WITHOUT PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated September 12, 2007, at Denver, Colorado

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**